MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:    (415) 436-7200
    Facsimile:    (415) 436-7234
    randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00851 WHA |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM APRIL 3, 2013 THROUGH JUNE 4, 2013. |
|     v. ) | |
| ANTONIO LEWIS ) | |
|     Defendant. ) | |

    On March 12, 2013, the parties in this case appeared before the Honorable William H. Alsup for a status conference. At that time, the parties represented that they had reached a plea agreement in this matter. The parties jointly requested that the Court set the matter for a change of plea on June 4, 2013, so that the defendant could attend his son's high school graduation before the defendant's remand upon entry of plea. The parties agreed that, pursuant to 18 U.S.C. § 3161(h)(1)(G), time was properly excluded from the date that the plea agreement was submitted to the court until June 4, 2013. The government submitted the proposed plea agreement to the Court on April 3, 2013. Therefore, time is properly excluded from April 3, 2013 through June 4, 2013.

STIP. & [PROP.] ORDER EXCL. TIME
CR 12-00851 WHA                                1

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: April 3, 2013                          /s/
                              RANDY LUSKEY
                              Assistant United States Attorney

DATED: April 3, 2013                          /s/
                              JEFFRY GLENN
                              Attorney for Antonio Lewis

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from April 3, 2013 to June 4, 2013, under 18 U.S.C. § 3161(h)(1)(G).

IT IS SO ORDERED.

DATED: April 5, 2013.                         [signature]
                              THE HON. WILLIAM ALSUP
                              United States District Court Judge